# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA

## CERTIFICATE OF SERVICE

I certify that on   11/18/04  , a true and accurate copy of document number  17  in criminal action number 5:04-CR-75-DF  was sent via the court's electronic filing system to the parties or attorneys of record indicated to receive electronic mail on the Notice of Electronic Filing (NEF). In addition, any party or attorney of record shown on the NEF to receive notice by other means has been served a copy of this document via first class mail, postage prepaid.

s/ Amy M. NeSmith
Deputy Clerk